# EXHIBIT 9

..Il Verizon LTE   11:33 AM   @ 81%

🔒 mail-attachment.googleuse ↻

1 of 2

# CARVANA

11/22/19

Bureau of Consumer Protection

1600 Arch Street, Ste. 300

Philadelphia, Pennsylvania 19106

RE: Andrew Okulski

File No: BCP-19-05-021484

Dear Mr. Carroll,

Thank you for providing us with Mr. Okulski's concerns, we sincerely apologize for our lack of response. We were unable to locate the initial complaint, and believe it may have been lost in transit between our various corporate offices here in Phoenix.

We are happy to address Mr. Okulski's concerns. Mr. Okulski purchased his 2017 Nissan Versa from Carvana on July 16, 2019. Mr. Okulski made no mention of any issues with his vehicle until October 17, 2019. He reached out stating the vehicle had frame damage and the transmission was failing.

We do not sell vehicles with any frame damage, all of our vehicles are inspected by our master mechanics in our 150-point inspection. The inspection on Mr. Okulski's vehicle yielded no signs of any frame damage. We requested documentation from the dealership about the frame damage. We take pride in all of our vehicles, and always want to ensure our customers are in vehicles that are up to our rigorous standards.

On October 18, we spoke to the Nissan dealership, and confirmed the vehicle had no frame damage, and they were seeing an unfamiliar engine code on the vehicle. The dealership also determined that the vehicle had been partially disassembled and reassembled. This does not indicate that the vehicle has been in an accident, a vehicle can be disassembled for many reasons. The CarFax and AutoCheck reports indicated no accidents or frame damage to the vehicle, and cosmetic concerns are not indicative of damage.

To the knowledge of our in-house repair team, all of Mr. Okulski's issues with his vehicle were resolved by his warranty. If this is not true, we encourage him to reach out to our post sale operations team directly to have any remaining issues addressed. We sincerely hope he's enjoying his vehicle.



.ıll Verizon LTE    11:33 AM     81% 

🔒 mail-attachment.googleusercontent.com

The CarFax and AutoCheck reports indicated no accidents or frame damage to the vehicle, and cosmetic concerns are not indicative of damage.

2 of 2    ...owledge of our in-house repair team, all of Mr. Okulski's issues with his vehicle his warranty. If this is not true, we encourage him to reach out to our post sale directly to have any remaining issues addressed. We sincerely hope he's enjoying



# CARVANA

Carvana thanks the Pennsylvania Attorney General's Office for their continued support of our business. Please do not hesitate to contact us directly with any additional concerns or questions.

Sincerely,

*[signature: Grace DeJohn]*

Grace DeJohn

Legal Analyst

P: 480-559-9747

Grace.dejohn@carvana.com