# EXHIBIT 10

DocuSign Envelope ID: DB501959-0546-4C5B-A413-257B384A801D

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

**After-sale Review and Verification Process:** The Vehicle sold to you is subject to an after-sale review and verification of the information you have provided to us. You agree to cooperate with the after-sale review and verification process.

**Limitation on Damages:** Unless prohibited by law, you shall not be entitled to recover from us any consequential, incidental or punitive damages, damages to property or damages for loss of use, loss of time, loss of profits, or income or any other similar damages. We are not liable for any failure or delay in delivering the vehicle to you if it is beyond our control, not our fault or we are not negligent.

**References:** To the extent you are financing your purchase with us, we may contact your employer or your references to verify the information you provided to us in connection with this Agreement.

**Odometer (mileage):** Each of your and our representations regarding odometer readings are subject to information provided by others, including government agencies. We each understand that this information is not always accurate. As permitted by applicable law, neither us is responsible for any inaccuracies in this information to the extent it is not the party's fault.

**Disclosure on Airbags:** We disclaim any knowledge of, and make no representation or warranty as to the condition or operability of the airbag(s) on the vehicle unless otherwise disclosed to you on the Carfax Vehicle History Report. You acknowledge that we have not made any representations, oral or in writing, as to the condition or operability of the airbag(s), and you accept the vehicle without representation or warranty from us. You further acknowledge that you had the opportunity to have the airbag(s) checked by someone of your choice prior to the expiration of your 7 Day Test Own Period.

**Liability Insurance:** You understand that state law requires you to purchase and maintain liability insurance. We do not provide liability insurance for you and it is not included in your Agreement. Your choice of insurance providers will not affect our decision to sell you the vehicle.

**Record Retention:** You agree that we may maintain documents and records related to the vehicle and the Agreement electronically, including, but not limited to, documents and record images, and that we may dispose of original documents. You agree that a copy of any such electronic records may be used and shall be deemed to be the same as an original in any arbitration, judicial, or non-judicial or regulatory proceeding related to the vehicle.

**Arbitration Agreement:** The arbitration agreement entered into between you and Dealer is incorporated by reference into and is part of this Agreement.

**NOTICE:** Carvana, LLC allows you to finance applicable sales/use taxes assessed on ancillary products (vehicle service contract, GPS, GAP Coverage). Whether you finance your vehicle purchase or pay cash, if your vehicle is registered in the state where you purchased your vehicle, Carvana will remit the applicable sales/use tax on ancillary products to that state on your behalf. Unless required by state law, if your vehicle is registered in a state that is not the state where you purchased the vehicle, Carvana will not collect or remit to the state of vehicle registration any applicable sales/use tax on ancillary products on your behalf unless you live in Kansas, Louisiana, or Pennsylvania.

Buyer acknowledges receipt of a copy of this Agreement. This agreement supersedes any oral agreements or understandings. The agreement cannot be modified except by a written agreement signed by all of the parties. This agreement is not binding until accepted by an authorized representative of Carvana.

Buyer _____
Andrew J Okulski

Accepted By _____
Carvana

DocuSign Envelope ID: DB501959-0546-4C5B-A413-257B384A801D

 **CARVANA**

## Carvana Care

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the Administrator.

**APPLICATION/CONTRACT NUMBER**
CVSC 2613787

This document is the Application and, if accepted by the Administrator, the Vehicle Service Contract. If this Application cannot be accepted by the administrator as written You will be notified of any changes to the coverage applied for within approximately 60 days. If You choose not to accept these changes to Your application for coverage or Your Vehicle does not qualify for any type of coverage Your Contract Price will be refunded.

### CONTRACT HOLDER (CUSTOMER, YOU, YOUR)

| CUSTOMER'S NAME | CO-CUSTOMER'S NAME | | |
|---|---|---|---|
| Andrew J Okulski | N/A | | |
| ADDRESS | CITY | STATE | ZIP |
| 8630 Midland Ave | Philadelphia | PA | 19136 |
| PHONE NUMBER | EMAIL ADDRESS | | |
| 2677997887 | | | |

### COVERED VEHICLE (YOUR VEHICLE)

| YEAR | MAKE | MODEL | | |
|---|---|---|---|---|
| 2017 | Nissan | Versa | | |
| VIN | CURRENT ODOMETER | VEHICLE PURCHASE DATE | VEHICLE PURCHASE PRICE | |
| 3N1CN7AP6HL849750 | 5361 | 07/16/19 | 12,900.00 | |

### SELLING DEALERSHIP

| NAME | PHONE NUMBER | ACCOUNT NUMBER | |
|---|---|---|---|
| CARVANA, LLC | 1-800-333-4554 | 2000295812 | |
| ADDRESS | CITY | STATE | ZIP |
| 63 PIERCE RD | WINDER | GA | 30680-7280 |

### CONTRACT INFORMATION

| CONTRACT TERM | | EXPIRATION ODOMETER | EXPIRATION DATE |
|---|---|---|---|
| Months 36 | Mileage 50000 | 50,000 | 07/15/22 |
| CONTRACT PURCHASE PRICE | | DEDUCTIBLE | |
| $ 950.00 | | $50 | |

### LIENHOLDER

You authorize the lender to: (1) be listed as joint payee and receive any refund in the event this Contract is cancelled, (2) cancel this Contract in the event of repossession or total loss, (3) be listed as sole payee on all repossessions.

| NAME | | | |
|---|---|---|---|
| CARVANA, LLC | | | |
| ADDRESS | CITY | STATE | ZIP |
| 1930 W Rio Salado Parkway | Tempe | AZ | 85281 |

This coverage ends with either of the following, whichever occurs first: (1) When the mileage of Your Vehicle, as measured from zero (0) miles reaches the mileage limit for the plan selected, or (2) when the time limit for the term selected expires as measured from the Vehicle Purchase Date. The term of this Contract is inclusive of the manufacturer's warranty period.

I have read and understand this document. I understand that the above information is subject to verification and that the Application for coverage may be rejected or the terms of coverage may be modified if any of the above information is incorrect or if the Vehicle is ineligible for the term, coverage, or deductible applied for. The purchase of this Vehicle Service Contract is not required to either purchase or obtain financing for the Vehicle.

_AO_
Customer Signature

07/16/19
Contract Purchase Date

_[signature]_
Co-Customer Signature

_[signature]_
Signature of Selling Dealership Representative

 SilverRock

VSC (SR-CV-GA-EXC) 07-2018

You may contact the Administrator during normal business hours at the following number or address: SilverRock Automotive, Inc.
P.O. Box 29087, Phoenix, AZ 85038-9087 • (866) 628-3905

Page 1 of 5

DocuSign Envelope ID: DB501959-0546-4C5B-A413-257B384A801D

 **Carvana Care**

THIS IS A COPY

This is a copy view of the Authoritative Copy held by the designated Custodian

APPLICATION/CONTRACT NUMBER
CVSC   2613787

This document is the Application and, if accepted by the Administrator, the Vehicle Service Contract. If this Application cannot be accepted by the administrator as written You will be notified of any changes to the coverage applied for within approximately 60 days. If You choose not to accept these changes to Your application for coverage or Your Vehicle does not qualify for any type of coverage Your Contract Price will be refunded.

### CONTRACT HOLDER (CUSTOMER, YOU, YOUR)

| CUSTOMER'S NAME | CO-CUSTOMER'S NAME | | |
|---|---|---|---|
| Andrew J Okulski | N/A | | |
| ADDRESS | CITY | STATE | ZIP |
| 8630 Midland Ave | Philadelphia | PA | 19136 |
| PHONE NUMBER | EMAIL ADDRESS | | |
| 2677997887 | | | |

### COVERED VEHICLE (YOUR VEHICLE)

| YEAR | MAKE | MODEL | | |
|---|---|---|---|---|
| 2017 | Nissan | Versa | | |
| VIN | CURRENT ODOMETER | VEHICLE PURCHASE DATE | VEHICLE PURCHASE PRICE | |
| 3N1CN7AP6HL849750 | 5361 | 07/16/19 | 12,990.00 | |

### SELLING DEALERSHIP

| NAME | PHONE NUMBER | ACCOUNT NUMBER | |
|---|---|---|---|
| CARVANA, LLC | 1-800-333-4554 | 2000295812 | |
| ADDRESS | CITY | STATE | ZIP |
| 63 PIERCE RD | WINDER | GA | 30680-7280 |

### CONTRACT INFORMATION

| CONTRACT TERM | | EXPIRATION ODOMETER | EXPIRATION DATE |
|---|---|---|---|
| Months 36 | Mileage 50000 | 50,000 | 07/15/22 |
| CONTRACT PURCHASE PRICE | | DEDUCTIBLE | |
| $ 950.00 | | $50 | |

### LIENHOLDER

You authorize the lender to: (1) be listed as joint payee and receive any refund in the event this Contract is cancelled, (2) cancel this Contract in the event of repossession or total loss, (3) be listed as sole payee on all repossessions.

| NAME | | | |
|---|---|---|---|
| CARVANA, LLC | | | |
| ADDRESS | CITY | STATE | ZIP |
| 1930 W Rio Salado Parkway | Tempe | AZ | 85281 |

This coverage ends with either of the following, whichever occurs first: (1) When the mileage of Your Vehicle, as measured from zero (0) miles reaches the mileage limit for the plan selected, or (2) when the time limit for the term selected expires as measured from the Vehicle Purchase Date. The term of this Contract is inclusive of the manufacturer's warranty period.

I have read and understand this document. I understand that the above information is subject to verification and that the Application for coverage may be rejected or the terms of coverage may be modified if any of the above information is incorrect or if the Vehicle is ineligible for the term, coverage, or deductible applied for. The purchase of this Vehicle Service Contract is not required to either purchase or obtain financing for the Vehicle.

AO
_____
Customer Signature

_____
Co-Customer Signature

07/16/19
_____
Contract Purchase Date

_____
Signature of Selling Dealership Representative



VSC (SR-CV-GA-EXC) 07-2018

You may contact the Administrator during normal business hours at the following number or address: SilverRock Automotive, Inc.
P.O. Box 29087, Phoenix, AZ 85038-9087 • (866) 628-3905

Page 1 of 5

DocuSign Envelope ID: DB501959-0546-4C5B-A413-257B384A801D

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

# Retail Purchase Agreement
## – Georgia –

| BUYER | Andrew J Okulski |
|---|---|
| ADDRESS | 8630 MIDLAND AVE |
| CITY, STATE, ZIP | PHILADELPHIA PA 19136 |
| PHONE(S) | RES. 2677997887  BUS. |

| Year 2017 | Make Nissan | Model Versa | Body Sedan |
|---|---|---|---|
| Lic. Plate # | License Tab # | Expires | Mileage 5361 | Color Silver |

VIN # 3N1CN7AP6HL849750

Date 07/16/19    Phone 1-800-333-4554
Dealership CARVANA, LLC
Address 63 PIERCE RD
City, State, Zip WINDER GA 30680-7280
Stock Number 2000295812

THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

LA INFORMACION QUE VE ADHERIDA EN LA VENTANILLA FORMA PARTE DE ESTE CONTRATO. LA INFORMACION CONTENIDA EN ELLA PREVALECE POR SOBRE TODA OTRA DISPOSICION INCLUIDA EN EL CONTRATO DE COMPRAVENTA.

Dealership provides an express limited warranty. Buyer has a copy of the limited warranty agreement. No other express or implied warranties are made by the Dealership and there will be no implied warranties of merchantability or fitness for a particular purpose unless required by applicable law. Seller does not have to make any repairs on this vehicle, except as required under the limited warranty and applicable state law. Buyer(s) may also have other rights that vary from state to state.

Buyer(s) ("you") and Dealership ("we") agree that this Retail Purchase Agreement (this "Agreement") is governed by federal law and the law of the state of the Dealership Address listed above. We are agreeing to sell to you and you are agreeing to buy from us the Vehicle at our licensed dealership location shown above, subject to the terms and conditions of this Agreement. We agree to transfer to you and you agree to accept title and ownership of the Vehicle in the state of the Dealership Address listed above. When we transfer title and ownership of the Vehicle to you, you may take delivery of the Vehicle from us at our licensed dealership location shown above or you may make arrangements with us to have the Vehicle transported to another mutually agreed-upon location for your pick-up.

| | | |
|---|---|---|
| 1 Selling Price | | $12,800.00 |
| 2 TAVT/Sales Tax | | $1,123.92 |
| 3 PA Title & Registration Fee | | $145.43 |
| 4 Transit Charge | | $199.00 |
| 5 Vehicle Protection | | $950.00 |
| 6 Gap Coverage | | $695.00 |
| 6 Subtotal (Selling Price + Delivery Fee + Fees + Taxes) | | $16,013.35 |
| 7 Cash Down Payment | | $300.00 |
| 8 Total Down Payment (Cash Down Payment) | | $300.00 |
| 9 Balance Due (Subtotal - Total Down Payment) | | $15,713.35 |
| | | $15,713.35 |

**FINANCE CHARGE**
The dollar amount the credit will cost you
$ 9,392.18
If financed, interest charged on the principal amount. See Retail Installment Contract for more information.

*For GA customers, this value is TAVT. For customers outside of GA, this value is the sales tax due at registration.

| Year N/A | Make N/A | Model N/A | Body N/A |
|---|---|---|---|
| Lic. Plate # N/A | License Tab # | Expires | Mileage N/A | Color N/A |

VIN # N/A

| Year N/A | Make N/A | Model N/A | Body N/A |
|---|---|---|---|
| Lic. Plate # N/A | License Tab # | Expires | Mileage N/A | Color N/A |

VIN # N/A

_____AO_____ Buyer's Initials

DocuSign Envelope ID: DB501959-0546-4C5B-A413-257B384A801D

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

# ODOMETER DISCLOSURE STATEMENT
(Retail)

DATE OF STATEMENT  07/16/19

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, __CARVANA, LLC.__ state that the odometer now reads __5361__ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked:

- [ ] (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.
- [ ] (2) I hereby certify that the odometer reading is NOT the actual mileage.
  WARNING – ODOMETER DISCREPANCY

YEAR __2017__   MAKE __Nissan__   MODEL __Versa__

BODY TYPE __Sedan__   VEHICLE ID NO. __3N1CN7AP6HL849750__

TRANSFEROR'S NAME __CARVANA, LLC__
(PRINTED NAME)

TRANSFEROR'S ADDRESS __63 PIERCE RD__
(STREET)

__WINDER__   __GA__   __30680-7280__
(CITY)   (STATE)   (ZIP)

TRANSFEROR'S NAME X _____
(SIGNATURE) Paul Breaux

TRANSFEREE'S NAME __Andrew J Okulski__
(PRINTED NAME)

TRANSFEREE'S ADDRESS __8630 Midland Ave__
(STREET)

__Philadelphia__   __PA__   __19136__
(CITY)   (STATE)   (ZIP)

TRANSFEREE'S NAME X _____
(SIGNATURE) Andrew J Okulski

C038 (07/16/19)

DocuSign Envelope ID: DB501959-0546-4C5B-A413-257B384A801D

 | **Carvana™ Limited Warranty**

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated warranty number.

CVLW   2613787

## PLEASE KEEP A COPY OF THIS LIMITED WARRANTY IN YOUR VEHICLE

### CONTRACT HOLDER

| CUSTOMER'S NAME | CO-CUSTOMER'S NAME | | |
|---|---|---|---|
| Andrew J Okulski | N/A | | |
| ADDRESS | CITY | STATE | ZIP |
| 8630 Midland Ave | Philadelphia | PA | 19136 |
| PHONE NUMBER | EMAIL ADDRESS | | |
| 2677997887 | | | |

### VEHICLE INFORMATION

| YEAR | MAKE | MODEL | | |
|---|---|---|---|---|
| 2017 | Nissan | Versa | | |
| VIN | CURRENT ODOMETER | VEHICLE PURCHASE DATE | VEHICLE PURCHASE PRICE | CONTRACT TERM |
| 3N1CN7AP6HL849750 | 5361 | 07/16/19 | 12,900.00 | 100 DAYS/4,189 MILES |

### DEALERSHIP

| DEALERSHIP NAME | PHONE NUMBER | DEALERSHIP NUMBER | | |
|---|---|---|---|---|
| CARVANA, LLC | 1-800-333-4554 | 20002 | | |
| ADDRESS | CITY | | STATE | ZIP |
| 63 PIERCE RD | WINDER | | GA | 30680-7280 |

I have read and understand this Limited Warranty ("Limited Warranty"):

AO | N/A | 07/16/19 | [signature]
---|---|---|---
Signature of Customer | Signature of Co-Customer | Effective Date | Signature of Dealer Representative

### COVERAGE: 100 DAY/4,189 MILE LIMITED WARRANTY

(1) **Coverage Term** - This portion of the Coverage ends with either of the following, whichever occurs first: (i) 100 days from Vehicle Purchase Date or (ii) when Your Vehicle has been driven 4,189 miles measured from the Current Odometer reading (indicated above).

(2) **Covered Parts** – Repairs on assemblies and parts are covered on Your Vehicle under the 100 Day/4,189 Mile Limited Warranty except the following items or conditions, which are excluded and not covered unless otherwise required by state law:
- Interior or Exterior Cosmetic Imperfections
- Replaceable/Wearable Parts
- Recommended Maintenance
- Aftermarket Accessories

(3) **Deductible** - $50 per each Repair Visit.

### DEFINITIONS

(1) "Administrator" means SilverRock Automotive Inc, PO Box 29087, Phoenix, AZ 85038-9087, Toll Free: (866) 628-3905.
(2) "Breakdown" means that event caused by the total failure of any Covered Part to work as it was designed to work in normal service due to defects in material or workmanship; provided, however, such meaning is specifically limited by those certain conditions under which a failure of a Covered Part is not deemed a Breakdown as identified in the section captioned "Exclusions".
(3) "Coverage" means the 100 Day/4,189 Mile Limited Warranty as described herein, subject to these terms and conditions.
(4) "Covered Part" means an item listed as a Covered Part in the applicable "Coverage" sections above.
(5) "Customer", "Co-Customer", "You", and "Your" mean the individual(s) identified in this Limited Warranty.
(6) "Dealership", "We", "Us" and "Our" mean Carvana, LLC. This Limited Warranty is provided to You by Us.
(7) "Interior or Exterior Cosmetic Imperfections" means any physical defects on your vehicle that do not affect the drivability or safety of the vehicle.
(8) "Recommended Maintenance": means any normal or scheduled maintenance – the parts and services that all vehicles routinely need. This includes, lubrication, engine tune-ups, replacing filters of any kind, coolant, spark plugs, bulbs or fuses (unless those costs result from a covered repair) and cleaning and polishing.
(9) "Replaceable/Wearable Parts" means any part that is designed to wear down or be replaced with general maintenance of the vehicle. Wearable components include but not limited to your drive belt, tires, brake pads, brake rotors, clutch material (in manual transmissions), wiper blades and fluids.
(10) "Repair Visit" means a visit to a repair facility to perform a diagnosis, teardown, or a covered repair.
(11) "Your Vehicle" means the Customer's vehicle identified in this Limited Warranty.



You may contact the Administrator during normal business hours at the following number or address:
P.O. Box 29087, Phoenix, AZ 85038-9087• (866) 628-3905

WTY (CV-MuSt) 10-2018

Page 1 of 3

DocuSign Envelope ID: DB501959-0546-4C5B-A413-257B384A801D

# GAP ADDENDUM TO RETAIL INSTALLMENT CONTRACT

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

CONTRACT NUMBER: CVGA 2613787

## A. TRANSACTION INFORMATION

**Customer's Name:** Andrew J Okulski
**Address:** 8630 Midland Ave
**City:** Philadelphia
**State:** PA
**ZIP:** 19136
**Phone Number:** 2677997887
**Email Address:**

**Creditor's Name:** Carvana
**Creditor's Policy #:**
**Creditor's Phone Number:** 1 (800) 333-4554
**Creditor's Address:** 1930 W. Rio Salado Pkwy
**City:** Tempe
**State:** AZ
**ZIP:** 85281

**Vehicle Year / Make / Model:** 2017 Nissan Versa
**Vehicle Identification Number:** 3N1CN7AP6HL849750
**Vehicle Class:** 03
**Manufacturer's Suggested Retail Price ("MSRP"):** 12,900.00
**Current Odometer:** 5361
**Deal No.:** CVGA 2613787
**Use (Personal, Business or Commercial):**
**GAP Addendum Price:** 695.00
**Term of GAP Addendum:** 72
**Amount Financed:** 15,713.35
**Inception Date:** 07/16/19

This Guaranteed Asset Protection ("GAP") Contract Addendum ("GAP Addendum") amends the Retail Installment Contract ("RIC"). This GAP Addendum is between the Customer ("I", "You", or "Your") and the Creditor ("We", "Us", or "Our"). The administrator named herein will service this GAP waiver. Although not required to do so, You have elected to participate in Our GAP Program. GAP does not take the place of insurance on the vehicle. You are responsible for maintaining collision and comprehensive insurance for the full value of the vehicle and any other insurance required by the RIC or applicable law. You are responsible for all notifications or claims that are required to be filed with Your automobile insurance company. We will not process or handle Your insurance claims for You.

## B. TERMINATION OF ADDENDUM

This Addendum will terminate as of the earliest date that any of the following events occur: 1) the date Your RIC is scheduled to terminate; 2) upon payment in full of the RIC; 3) expiration of any redemption period following the repossession or surrender of the Covered Vehicle, however, in the event of acceleration or payment in full of the unpaid balance, and upon Our notice thereof, You will receive a refund of the cost of this Addendum, calculated from the date of the acceleration or demand for payment in full; 4) after a Constructive Total Loss or theft of the Covered Vehicle occurs and Our rights against You for the amount due under a payable loss have been waived; 5) the date the RIC is prepaid or the RIC is refinanced, however, in the event of prepayment, and upon Our notice thereof, You will receive a refund of the cost of this Addendum based on the prepayment date; or 6) upon the occurrence of a denial of benefits based on an Exclusion, from which You will receive a refund based upon such Exclusion. It is Your responsibility to notify Us or Our Administrator, in writing, of Your request to cancel this coverage and to request a refund/credit of the GAP charge which, at Our option, may be made to satisfy Your obligations under the RIC.

YOU ACKNOWLEDGE AND AGREE THAT YOUR ACCEPTANCE OF THIS GAP ADDENDUM IS VOLUNTARY AND IS NOT REQUIRED IN ORDER FOR YOU TO OBTAIN CREDIT, DOES NOT IMPACT YOUR ABILITY TO OBTAIN ANY PARTICULAR OR MORE FAVORABLE CREDIT TERMS, AND HAS NO EFFECT ON THE TERMS OF THE RELATED SALE OF THIS VEHICLE. This coverage may decrease over the term of Your RIC and may not extend for the full term of Your RIC. You may wish to consult an alternative source to determine whether similar coverage may be obtained and at what cost. You also acknowledge that You have read and understand this Addendum and its provisions. No other verbal representations have been made to You that differ from these written provisions. This Addendum includes a binding arbitration clause. You should carefully read the back of this Addendum for additional information on eligibility, requirements, conditions and exclusions that could prevent You from receiving benefits under this Addendum.

## C. SIGNATURES

I have read, understand, and accept the terms and conditions of this Addendum, and agree to be bound thereby:

_AO_   **Customer**   07/16/19   **Date**

_[signature]_   **Signature of Creditor**   07/16/19   **Date**


SilverRock
GAP (CV-MuSt) 03-2017

You may contact Administrator during normal business hours at the following number or address: SilverRock Automotive, Inc
P.O. Box 29087, Phoenix, AZ 85038-9087 • (888) 849-0681

Page 1 of 3

DocuSign Envelope ID: DB501959-0546-4C5B-A413-257B384A801D

THIS IS A COPY
This is a copy view of the Authoritative Copy held

**BY SIGNING BELOW, YOU EXPRESSLY AGREE TO THE ABOVE AGREEMENT. THE AGREEMENT MAY SUBSTANTIALLY LIMIT YOUR RIGHTS IN THE EVENT OF A DISPUTE. YOU ALSO ACKNOWLEDGE RECEIVING A COMPLETED COPY OF THIS AGREEMENT.**

_____
Customer Signature

_____
Customer Signature

By: _____
Authorized Signature

Date: _____07/16/19_____

## ARBITRATION ADMINISTRATORS

If you have a question about the administrator mentioned in this Agreement or if you would like to obtain a copy of their arbitration rules or fee schedules, you can contact them as follows:

American Arbitration Association (AAA)
13455 Noel Road, Suite 1750
Dallas, TX 75240-6620
www.adr.org

J.A.M.S./Endispute
700 11th Street, NW, Suite 450
Washington, DC 20001
www.jamsADR.com
(800) 352-5267

DocuSign Envelope ID: DB501959-0546-4C5B-A413-257B384A801D

# GAP ADDENDUM TO RETAIL INSTALLMENT CONTRACT

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian.

CONTRACT NUMBER: CVGA 2613787

## A. TRANSACTION INFORMATION

**Customer's Name:** Andrew J Okulski
**Address:** 8630 Midland Ave
**City:** Philadelphia
**State:** PA
**ZIP:** 19136
**Phone Number:** 2677997887
**Email Address:**

**Creditor's Name:** Carvana
**Creditor's Policy #:**
**Creditor's Phone Number:** 1 (800) 333-4554
**Creditor's Address:** 1930 W. Rio Salado Pkwy
**City:** Tempe
**State:** AZ
**ZIP:** 85281

**Vehicle Year / Make / Model:** 2017 Nissan Versa
**Vehicle Identification Number:** 3N1CN7AP6HL849750
**Vehicle Class:** 01
**Manufacturer's Suggested Retail Price ("MSRP"):** 12,900.00
**Current Odometer:** 5361
**Deal No.:** CVGA 2613787
**Use (Personal, Business, or Commercial):**
**GAP Addendum Price:** 695.00
**Term of GAP Addendum:** 72
**Amount Financed:** 15,713.35
**Inception Date:** 07/16/19

This Guaranteed Asset Protection ("GAP") Contract Addendum ("GAP Addendum") amends the Retail Installment Contract ("RIC"). This GAP Addendum is between the Customer ("I", "You", or "Your") and the Creditor ("We", "Us", or "Our"). The administrator named herein will service this GAP waiver. Although not required to do so, You have elected to participate in Our GAP Program. GAP does not take the place of insurance on the vehicle. You are responsible for maintaining collision and comprehensive insurance for the full value of the vehicle and any other insurance required by the RIC or applicable law. You are responsible for all notifications or claims that are required to be filed with Your automobile insurance company. We will not process or handle Your insurance claims for You.

## B. TERMINATION OF ADDENDUM

This Addendum will terminate as of the earliest date that any of the following events occur: 1) the date Your RIC is scheduled to terminate; 2) upon payment in full of the RIC; 3) expiration of any redemption period following the repossession or surrender of the Covered Vehicle, however, in the event of acceleration or payment in full of the unpaid balance, and upon Our notice thereof, You will receive a refund of the cost of this Addendum, calculated from the date of the acceleration or demand for payment in full; 4) after a Constructive Total Loss or theft of the Covered Vehicle occurs and Our rights against You for the amount due under a payable loss have been waived; 5) the date the RIC is prepaid or the RIC is refinanced, however, in the event of prepayment, and upon Our notice thereof, You will receive a refund of the cost of this Addendum based on the prepayment date; or 6) upon the occurrence of a denial of benefits based on an Exclusion, from which You will receive a refund based upon such Exclusion. It is Your responsibility to notify Us or Our Administrator, in writing, of Your request to cancel this coverage and to request a refund/credit of the GAP charge which, at Our option, may be made to satisfy Your obligations under the RIC.

YOU ACKNOWLEDGE AND AGREE THAT YOUR ACCEPTANCE OF THIS GAP ADDENDUM IS VOLUNTARY AND IS NOT REQUIRED IN ORDER FOR YOU TO OBTAIN CREDIT, DOES NOT IMPACT YOUR ABILITY TO OBTAIN ANY PARTICULAR OR MORE FAVORABLE CREDIT TERMS, AND HAS NO EFFECT ON THE TERMS OF THE RELATED SALE OF THIS VEHICLE. This coverage may decrease over the term of Your RIC and may not extend for the full term of Your RIC. You may wish to consult an alternative source to determine whether similar coverage may be obtained and at what cost. You also acknowledge that You have read and understand this Addendum and its provisions. No other verbal representations have been made to You that differ from these written provisions. This Addendum includes a binding arbitration clause. You should carefully read the back of this Addendum for additional information on eligibility, requirements, conditions and exclusions that could prevent You from receiving benefits under this Addendum.

## C. SIGNATURES

I have read, understand, and accept the terms and conditions of this Addendum, and agree to be bound thereby:

_AO_  07/16/19
Customer                                              Date

_[signature]_  07/16/19
Signature of Creditor                                 Date



SilverRock

GAP (CV-MuSt) 03-2017

You may contact Administrator during normal business hours at the following number or address: SilverRock Automotive, Inc P.O. Box 29087, Phoenix, AZ 85038-9087 • (888) 849-0681

Page 1 of 3

DocuSign Envelope ID: DB501959-0546-4C5B-A413-257B384A801D

 **Carvana™ Limited Warranty**

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated warrant number

CVLW  2613787

## PLEASE KEEP A COPY OF THIS LIMITED WARRANTY IN YOUR VEHICLE

### CONTRACT HOLDER

| CUSTOMER'S NAME | CO-CUSTOMER'S NAME | | |
|---|---|---|---|
| Andrew J Okulski | N/A | | |
| ADDRESS | CITY | STATE | ZIP |
| 8630 Midland Ave | Philadelphia | PA | 19136 |
| PHONE NUMBER | EMAIL ADDRESS | | |
| 2677997887 | | | |

### VEHICLE INFORMATION

| YEAR | MAKE | MODEL | | | |
|---|---|---|---|---|---|
| 2017 | Nissan | Versa | | | |
| VIN | CURRENT ODOMETER | VEHICLE PURCHASE DATE | VEHICLE PURCHASE PRICE | CONTRACT TERM | |
| 3N1CN7AP6HL849750 | 5361 | 07/16/19 | 12,900.00 | 100 DAYS/4,189 MILES | |

### DEALERSHIP

| DEALERSHIP NAME | PHONE NUMBER | DEALERSHIP NUMBER | | |
|---|---|---|---|---|
| CARVANA, LLC | 1-800-333-4554 | 20002 | | |
| ADDRESS | CITY | | STATE | ZIP |
| 63 PIERCE RD | WINDER | | GA | 30680-7280 |

I have read and understand this Limited Warranty ("Limited Warranty"):

_AO_ | N/A | 07/16/19 | _[signature]_
Signature of Customer | Signature of Co-Customer | Effective Date | Signature of Dealer Representative

## COVERAGE: 100 DAY/4,189 MILE LIMITED WARRANTY

(1) Coverage Term - This portion of the Coverage ends with either of the following, whichever occurs first: (i) 100 days from Vehicle Purchase Date or (ii) when Your Vehicle has been driven 4,189 miles measured from the Current Odometer reading (indicated above).

(2) Covered Parts – Repairs on all assemblies and parts are covered on Your Vehicle under the 100 Day/4,189 Mile Limited Warranty except the following items or conditions, which are excluded and not covered unless otherwise required by state law:
- Interior or Exterior Cosmetic Imperfections
- Replaceable/Wearable Parts
- Recommended Maintenance
- Aftermarket Accessories

(3) Deductible - $50 per each Repair Visit.

## DEFINITIONS

(1) "Administrator" means SilverRock Automotive Inc, PO Box 29087, Phoenix, AZ 85038-9087, Toll Free: (866) 628-3905.

(2) "Breakdown" means that event caused by the total failure of any Covered Part to work as it was designed to work in normal service due to defects in material or workmanship; provided, however, such meaning is specifically limited by those certain conditions under which a failure of a Covered Part is not deemed a Breakdown as identified in the section captioned "Exclusions".

(3) "Coverage" means the 100 Day/4,189 Mile Limited Warranty as described herein, subject to these terms and conditions.

(4) "Covered Part" means an item listed as a Covered Part in the applicable "Coverage" sections above.

(5) "Customer", "Co-Customer", "You", and "Your" mean the individual(s) identified in this Limited Warranty.

(6) "Dealership", "We", "Us" and "Our" mean Carvana, LLC. This Limited Warranty is provided to You by Us.

(7) "Interior or Exterior Cosmetic Imperfections" means any physical defects on your vehicle that do not affect the drivability or safety of the vehicle.

(8) "Recommended Maintenance": means any normal or scheduled maintenance – the parts and services that all vehicles routinely need. This includes, lubrication, engine tune-ups, replacing filters of any kind, coolant, spark plugs, bulbs or fuses (unless those costs result from a covered repair) and cleaning and polishing.

(9) "Replaceable/Wearable Parts" means any part that is designed to wear down or be replaced with general maintenance of the vehicle. Wearable components include but not limited to your drive belt, tires, brake pads, brake rotors, clutch material (in manual transmissions), wiper blades and fluids.

(10) "Repair Visit" means a visit to a repair facility to perform a diagnosis, teardown, or a covered repair.

(11) "Your Vehicle" means the Customer's vehicle identified in this Limited Warranty.



You may contact the Administrator during normal business hours at the following number or address:
P.O. Box 29087, Phoenix, AZ 85038-9087 • (866) 628-3905

WTY (CV-MuSt) 10-2018

Page 1 of 3

DocuSign Envelope ID: DB501959-0546-4C5B-A413-257B384A801D

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

# ODOMETER DISCLOSURE STATEMENT
(Retail)

DATE OF STATEMENT  07/16/19

Federal law (and State law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I, __CARVANA, LLC.__ state that the odometer now reads __5361__ (no tenths) miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described below, unless one of the following statements is checked:

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage.
WARNING – ODOMETER DISCREPANCY

YEAR __2017__   MAKE __Nissan__   MODEL __Versa__

BODY TYPE __Sedan__   VEHICLE ID NO. __3N1CN7AP6HL849750__

TRANSFEROR'S NAME __CARVANA, LLC.__
(PRINTED NAME)

TRANSFEROR'S ADDRESS __63 PIERCE RD__
(STREET)

__WINDER__          __GA__        __30680-7280__
(CITY)              (STATE)        (ZIP)

TRANSFEROR'S NAME X _____
(SIGNATURE) Paul Breaux

TRANSFEREE'S NAME __Andrew J Okulski__
(PRINTED NAME)

TRANSFEREE'S ADDRESS __8630 Midland Ave__
(STREET)

__Philadelphia__          __PA__        __19136__
(CITY)                    (STATE)        (ZIP)

TRANSFEREE'S NAME X _____
(SIGNATURE) Andrew J Okulski

C038 (07/16/19)



# Vehicle Return Agreement

MON BY 5!

Date: _____       Year: 2017
Account #: _____  Make: Nissan
Stock #: 2000295812                 Model: Versa
Name: Andrew J Okulski              VIN: 3N1CN7AP6HL849750
Address: 8630 Midland Ave           Odometer Delivery: 5362
City, State, Zip: Philadelphia PA 19136
                                    Odometer Return: _____

By signing below you agree to return the Vehicle listed above and agree to rescind the Retail Installment Contract. In doing so, you agree you have fulfilled all of the terms and conditions listed below and understand that if you have not fulfilled all of the terms and conditions listed below you are not entitled to return the Vehicle. You also agree to execute any documents necessary to effectuate the rescission and refund, and as reasonably required to comply with applicable law.

## Vehicle Return Program

We will give you the ability to return the Vehicle to Carvana and terminate this retail installment contract so long as you return the Vehicle:

1. You alert Carvana prior to 5pm EST on the 7th calendar day after purchase;
2. You make the Vehicle available for pick-up by a Carvana representative at a pre-determined time and location the following business day;
3. The Vehicle is free of all liens and encumbrances other than the lien created by this retail installment contract;
4. The Vehicle is in the same condition you received it except for reasonable wear and tear and any mechanical problem that becomes evident after delivery that was not caused by you;
5. You have not driven it more than 400 miles;
6. The Vehicle is without damage or having been in an accident;
7. If the Vehicle is driven more than 400 miles, at Carvana's election you will pay $1.00 for each mile the Vehicle was driven over 400 miles. If you return your vehicle and had traded in a vehicle to us, we will return your trade to you only after you paid all fees required for the return of the Vehicle. Required fees may not be paid by personal check. Required fees will be deducted from your down payment refund. If you paid your down payment via ACH transaction, we will pay you and/or return your trade in by the earlier of (a) when you provide evidence that the ACH transaction has cleared, or (b) 15 business days after your purchase of the Vehicle. So long as you meet all conditions for return of the Vehicle outlined above, Carvana will not report this account to the credit bureaus.
8. You are responsible for paying excess mileage charged if you did not give Carvana a down payment for your vehicle purchase and you drove the vehicle more than 400 miles during the 7 day Return Guarantee period. Carvana will collect the amount owed in a onetime ACH transaction. Please complete and sign the attached ACH form and give it to: Carvana Sales Advocate. All completed forms will be faxed to: 1-866-221-3833, and processed within 24-48 hours.

## Settlement Statement:

Total Down payment received (less trade-in): $ _____   Vehicle Return Date: _____
(-) Over mileage fee as described above: $ _____       Vehicle Return Time: _____
Total refund due to customer: $ _____
Buyer Signature: _____ Date: _____

Dealer refuses to accept return of the vehicle and rejects the exercise of the contract termination option for the following reasons:

☐ Returned late: Attempted return date: _____ time: __:__
☐ Mileage limitation exceeded: Mileage at attempted return: _____
☐ Vehicle not in the same condition as delivered
☐ Customer refused to pay required fees
☐ Other Describe:

Dealer Signature: _____ Date: _____

DocuSign Envelope ID: DB501959-0546-4C5B-A413-257B384A801D

THIS IS A COPY
This is a copy view of the Authoritative Copy held

**BY SIGNING BELOW, YOU EXPRESSLY AGREE TO THE ABOVE AGREEMENT. THE AGREEMENT MAY SUBSTANTIALLY LIMIT YOUR RIGHTS IN THE EVENT OF A DISPUTE. YOU ALSO ACKNOWLEDGE RECEIVING A COMPLETED COPY OF THIS AGREEMENT.**

_____
Customer Signature

_____
Customer Signature

By: _____
Authorized Signature

Date: _____07/16/19_____

## ARBITRATION ADMINISTRATORS

If you have a question about the administrator mentioned in this Agreement or if you would like to obtain a copy of their arbitration rules or fee schedules, you can contact them as follows:

American Arbitration Association (AAA)
13455 Noel Road, Suit 1750
Dallas, TX 75240-6620
www.adr.org

J.A.M.S./Endispute
700 11th Street, NW, Suite 450
Washington, DC 20001
www.jamsADR.com
(800) 352-5267

C100GA (Revised 03/27/2018)

Page 5 of 5