IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW OKULSKI,<br>      Plaintiff,<br><br>         v.<br><br>CARVANA, LLC, PAUL BREAUX, AND KATELYN GREGORY,<br>      Defendants. | CIVIL ACTION<br><br><br><br>NO.  20-1328 |

# O R D E R

**AND NOW**, this 9th day of July, 2020, upon consideration of Plaintiff's Motion for Remand and briefing in support thereof (ECF Nos. 4 & 16) and Defendants' response thereto (ECF No. 14), **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**