**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANDREW OKULSKI,**<br>**Plaintiff,**<br><br>**v.**<br><br>**CARVANA, LLC, PAUL BREAUX, AND KATELYN GREGORY,**<br>**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 20-1328** |

**ORDER**

**AND NOW**, this 24th day of August, 2020, upon consideration of Defendants' Motion to Dismiss and briefing in support thereof (ECF Nos. 22 & 28) and Plaintiff's opposition thereto (ECF No. 27), **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED**.

**BY THE COURT:**

**/s/Wendy Beetlestone, J.**

**WENDY BEETLESTONE, J.**