# EXHIBIT G

DocuSign Envelope ID: D2796E20-B760-40E6-A3A3-F254B0F69E52
Case 2:20-cv-01328-WB Document 35-1 Filed 10/21/20 Page 2 of 13
This is a copy view of the Authoritative Copy by the designated custodian

# CARVANA

## Retail Purchase Agreement
## – New York –

**Used Vehicle**

| BUYER | Jason Richard Deppen | | |
|---|---|---|---|
| ADDRESS LINE 1 | 4 WINDING BROOK DR | | |
| ADDRESS LINE 2 | | | |
| CITY, STATE, ZIP | FAIRPORT NY 14450 | | |
| PHONE(S) | RES. 5859780602 | BUS. | |

Date 03/11/20  Phone 1-800-333-4554
Dealership CARVANA, LLC  Facility # 7124607
Address 737 ATLANTIC AVE
City, State, Zip ROCHESTER NY 14609-7422
Stock Number 2000485127

### VEHICLE BEING PURCHASED

| Year 2016 | Make Buick | Model Cascada | | Body Convertible |
|---|---|---|---|---|
| Lic. Plate # | License Tab # | Expires | Mileage 34526 | Color Gray |

VIN # W04WT3N50GG104958

**THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

Dealership provides an express limited warranty. Buyer has a copy of the limited warranty agreement. No other express or implied warranties are made by the Dealership and there will be no implied warranties of merchantability or fitness for a particular purpose unless required by applicable law. Seller does not have to make any repairs on this vehicle, except as required under the limited warranty and applicable state law. Buyer(s) may also have other rights that vary from state to state.

Buyer(s) ("you") and Dealership ("we") agree that this Retail Purchase Agreement (this "Agreement") is governed by federal law and the law of the state of the Dealership Address listed above. We are agreeing to sell to you and you are agreeing to buy from us the Vehicle at our licensed dealership location shown above, subject to the terms and conditions of this Agreement. We agree to transfer to you and you agree to accept title and ownership of the Vehicle in the state of the Dealership Address listed above. When we transfer title and ownership of the Vehicle to you, you may take delivery of the Vehicle from us at our licensed dealership location shown above or you may make arrangements with us to have the Vehicle transported to your home or business address.

If this motor vehicle is classified as a used motor vehicle, the dealer named above certifies that the entire vehicle is in condition and repair to render, under normal use, satisfactory and adequate service upon the public highway at the time of delivery.

**LA INFORMACION QUE VE ADHERIDA EN LA VENTANILLA FORMA PARTE DE ESTE CONTRATO. LA INFORMACION CONTENIDA EN ELLA PREVALECE POR SOBRE TODA OTRA DISPOSICION INCLUIDA EN EL CONTRATO DE COMPRAVENTA.**

PRIOR USE CERTIFICATION: The principal prior use of this vehicle was as: a police vehicle ☐ ; a rental vehicle ☐ ; a driver education vehicle ☐ ; a taxicab ☐ ;

| Selling price | $18,600.00 |
|---|---|
| Sales Tax | $579.52 |
| NY Registration Fee | $89.00 |
| Plate Fee | $25.00 |
| NY Safety Inspection Fee | $10.00 |
| Title Fee | $50.00 |
| Monroe County Emissions Fee | $27.00 |
| **Subtotal** (Selling Price + Delivery Fee + Fees + Taxes) | **$19,380.52** |
| Trade-in Allowance | $11,356.00 |
| Estimated Pay-off | $0.00 |
| Net Trade Allowance (Allowance - Payoff) (If negative, enter $0 here and enter amount on Trade-In Balance Line) | $11,356.00 |
| Trade-In Balance (If applicable, this is the negative equity amount from your trade-in) | $0.00 |
| Cash Down Payment | $8,024.52 |
| Total Down Payment (Cash Down Payment + Net Trade Allowance) | $19,380.52 |
| Balance Due (Subtotal - Total Down Payment) | $0.00 |
| **TOTAL BALANCE DUE** (BALANCE DUE + TRADE-IN BALANCE) | **$0.00** |

### TRADE IN VEHICLE #1

| Year 2014 | Make Toyota | Model Camry | Body |
|---|---|---|---|
| Lic. Plate # | License Tab # | Expires | Mileage 67500 | Color WHITE |

VIN # 4T1BD1FK9EU112190

### TRADE IN VEHICLE #2

| Year N/A | Make N/A | Model N/A | Body N/A |
|---|---|---|---|
| Lic. Plate # N/A | License Tab # | Expires | Mileage N/A | Color N/A |

VIN # N/A

_JD_ Buyer's Initials

DocuSign Envelope ID: D2796E20-B760-40EE-A528-8254BF69D52 Case 2:20-cv-01328-WB Document 35-1 Filed 10/21/20 Page 3 of 13

This is a copy view of the Authoritative Copy h
by the designated custodian

**NOTICE TO THE BUYER(S):** THE PAYOFF BALANCE REFERRED TO IN ESTIMATED PAY-OFF AND THE FEES REFERRED TO IN THE ABOVE LINE ITEMS ARE ESTIMATES, AT THE TIME THE BALANCES AND FEES ARE VERIFIED AND CONTRACT DETERMINED, APPROPRIATE ADJUSTMENTS, IF NECESSARY, WILL BE MADE. ANY DIFFERENCE IN THE PAYOFF AMOUNT IS THE RESPONSIBILITY OF THE BUYER(S).

**Carvana Vehicle Return Program**

We will give you the ability to return the Vehicle to Carvana and terminate this retail purchase agreement and any retail installment contract executed in connection herewith so long as:

1. You have not returned, exchanged, or swapped more than two (2) prior Vehicles to Carvana in connection with any Retail Purchase Agreements or Retail Installment Contracts associated with this transaction.
    i. If you have returned, exchanged, or swapped two (2) prior Vehicles in connection with this transaction, you will be given a one-time opportunity to decline or accept the third and final Vehicle either during the delivery or pick-up appointment unless otherwise approved by Carvana.

2. You alert Carvana by phone, text, email, or chat prior to 8pm EST on the 7th calendar day after you take delivery of the Vehicle. The day your Vehicle is delivered, regardless of delivery time, will count as the first day of your seven (7) day test own;

3. You return the Vehicle in one of two ways:
    i. Within a Carvana service area: you make the Vehicle available for pick up by a Carvana representative at a predetermined time and location the following business day. Cost of pickup will be paid by Carvana. Service area is designated by zip code and subject to change without prior notice.
    ii. Outside of a Carvana service area: Carvana will arrange for transport of the Vehicle. The cost will be paid by you. Service area is designated by zip code and subject to change without prior notice.

4. The Vehicle is free of all liens and encumbrances other than the lien created in your favor by any applicable retail installment contract executed between you and Carvana;

5. The Vehicle is in the same condition you received it except for reasonable wear and tear (evidence of smoking in the Vehicle during the 7 Day Test Own is not considered reasonable wear and tear) and any mechanical problem that becomes evident after delivery that was not caused by you;

6. You have not driven it more than 400 miles;

7. The Vehicle is without damage or having been in an accident that occurred after you took delivery of the Vehicle;

8. If the Vehicle is driven more than 400 miles, at Carvana's election you will pay $1.00 per mile for each mile the Vehicle was driven over 400 miles. If you return your Vehicle and had traded in a vehicle to us, we will return your trade to you only after you have paid all fees required for the return of the Vehicle. Required fees may not be paid by personal check. Required fees will be deducted from your down payment refund. If you paid your down payment via ACH transaction, we will pay you and/ or return your trade in by the earlier of (a) when you provide evidence that the ACH transaction was cleared, or (b) 15 business days after your purchase of the Vehicle. So long as you meet all conditions for return of the Vehicle outlined above, Carvana will not report this account to the credit bureaus.

9. Any Trade-In vehicles with current liens which are involved in this transaction will be paid off once sale is complete and after the test own period ends. You should continue to make payments on liens if payment is due within your test own period. The lien holder of the Trade-In vehicle will reimburse you for any over-payment after the transaction is complete.

**Trade in Representation and Warranty:** You represent and warrant that the trade-in described in the Buyer's order/Purchase Agreement, if any, has not been misrepresented and air pollution equipment is on the trade-in and is working, you will provide to us a Certificate of Title (or documents that allow us to obtain it), free of any lien(s) or encumbrance(s), (i.e. titling issues, child support or amounts due to government titling or registration agency,) and you have the right to sell the trade-in.

**General:** At time of delivery, or at any time during your 7 Day Test Own period, you may reject your vehicle and terminate your vehicle financing and purchase for any reason.

In certain states, dealers may not place any insignia that advertises the dealer's name on a vehicle unless the Buyer consents thereto in the purchase contract for such vehicle. Unless Buyer notifies dealer otherwise in writing, Buyer hereby expressly consents to the placement of Carvana's name on the vehicle's license plate cover. Buyer expressly waives any compensation for the placement of dealer's name on the vehicle.

**Default:** You will be in default if any of the following occurs (except as may be prohibited by law): 1. You gave us false or misleading information on carvana.com or on the telephone, via email or text message, in person, or any other communication medium in connection with the purchase of the Vehicle relating to this Agreement; 2. If we cannot verify any information that you have provided us; 3. If we discover a material adverse change in any information you provided us during our review process; 4. If you do not cooperate in the verification and review process described below; 5. You fail to keep any other agreement or promise you made in this Agreement and/or any retail installment contract executed in connection herewith.

**Assignment:** You may not assign your rights under this Agreement and/or any retail installment contract executed in connection herewith without our permission.

DocuSign Envelope ID: 02796520-B760-40EB-A928-2A4B9F69E662
Case 2:20-cv-01328-WB Document 35-1 Filed 10/21/20 Page 4 of 13
This is a copy view of the Authoritative Copy held by the designated custodian

**After-sale Review and Verification Process:** The Vehicle sold to you is subject to an after-sale review and verification of the information you have provided to us. You agree to cooperate with the after-sale review and verification process.

**Limitation on Damages: Unless prohibited by law, you shall not be entitled to recover from us any consequential, incidental or punitive damages, damages to property or damages for loss of use, loss of time, loss of profits, or income or any other similar damages. We are not liable for any failure or delay in delivering the vehicle to you if it is beyond our control, not our fault or we are not negligent.**

**References:** To the extent you are financing your purchase with us, we may contact your employer or your references to verify the information you provided to us in connection with this Agreement.

**Odometer (mileage):** Each of your and our representations regarding odometer readings are subject to information provided by others, including government agencies. We each understand that this information is not always accurate. As permitted by applicable law, neither us is responsible for any inaccuracies in this information to the extent it is not the party's fault.

**Disclosure on Airbags:** We disclaim any knowledge of, and make no representation or warranty as to the condition or operability of the airbag(s) on the vehicle unless otherwise disclosed to you on the Carfax Vehicle History Report. You acknowledge that we have not made any representations, oral or in writing, as to the condition or operability of the airbag(s), and you accept the vehicle without representation or warranty from us. You further acknowledge that you had the opportunity to have the airbag(s) checked by someone of your choice prior to the expiration of your 7 Day Test Own Period.

**Liability Insurance:** You understand that state law requires you to purchase and maintain liability insurance. We do not provide liability insurance for you and it is not included in your Agreement. Your choice of insurance providers will not affect our decision to sell you the vehicle.

**Record Retention:** You agree that we may maintain documents and records related to the vehicle and the Agreement electronically, including, but not limited to, documents and record images, and that we may dispose of original documents. You agree that a copy of any such electronic records may be used and shall be deemed to be the same as an original in any arbitration, judicial, or non-judicial or regulatory proceeding related to the vehicle.

**Arbitration Agreement:** The arbitration agreement entered into between you and Dealer is incorporated by reference into and is part of this Agreement.

**NOTICE:** Carvana, LLC allows you to finance applicable sales/use taxes assessed on ancillary products (vehicle service contract, GPS, GAP Coverage). Whether you finance your vehicle purchase or pay cash, if your vehicle is registered in the state where you purchased your vehicle, Carvana will remit the applicable sales/use tax on ancillary products to that state on your behalf. Unless required by state law, if your vehicle is registered in a state that is not the state where you purchased the vehicle, Carvana will not collect or remit to the state of vehicle registration any applicable sales/use tax on ancillary products on your behalf unless you live in Kansas, Louisiana, or Pennsylvania.

Buyer(s) acknowledges receipt of a copy of this Agreement. No oral agreements or understandings apply.
This agreement is not binding until accepted by an authorized representative of Carvana.

Buyer _____*Jason Deppen*_____
Jason Richard Deppen

Accepted By _____
Carvana

 **Samantha**
Customer Advocate

 **Sebastian**  (Available 24/7)
Cardian Angel®

Also, there are no "warning" hotspots on the 360 views. Does that mean there are no issues with this car?

I'm on with Allstate again

16 minutes ago ✓

**Samantha**

 If nothing was annotated online, then we did not find any dents/dings/scratches.

16 minutes ago ✓



| | |
|---|---|
| **From:** | Jason Deppen |
| **To:** | WCBensley |
| **Subject:** | Fwd: ***Action Required*** TITLE FOR 2016 BUICK CASCADA |
| **Date:** | Wednesday, August 19, 2020 4:26:17 PM |

---------- Forwarded message ---------
From: **Nathalie Brewer** <nathalie.brewer@carvana.com>
Date: Fri, Apr 24, 2020 at 12:38 PM
Subject: Re: ***Action Required*** TITLE FOR 2016 BUICK CASCADA
To: Jason Deppen <jdeppen@gmail.com>


Hi Jason,

No you do not need to sign on the title. The return paperwork you signed will allow me to remove your name from the title.

Thank you,

Nathalie

On Fri, Apr 24, 2020 at 9:34 AM Jason Deppen <jdeppen@gmail.com> wrote:
> I have it and will send it. Do I need to sign it? If so, where?

>> On Fri, Apr 24, 2020 at 12:02 PM Nathalie Brewer <nathalie.brewer@carvana.com> wrote:
>> Jason,
>>
>> I also did want to clarify that we need the title for VIN: W04WT3N50GG104958 - 2016 BUICK CASCADA. I see in my previous email that I mistakenly had a 2017 JEEP Compass VIN.
>>
>> My apologies,
>>
>> Nathalie

>>> On Fri, Apr 24, 2020 at 8:59 AM Nathalie Brewer <nathalie.brewer@carvana.com> wrote:
>>> I have attached a prepaid return label to this email.

>>>> On Fri, Apr 24, 2020 at 8:50 AM Nathalie Brewer <nathalie.brewer@carvana.com> wrote:
>>>> Hi Jason,
>>>>
>>>> I am reaching out to you about the vehicle that you previously purchased through us and returned, (VIN: W04WT3N50GG104958/ 2016 BUICK CASCADA).
>>>>
>>>> The state of New York requires Carvana to register vehicles the same day the vehicle

is delivered to our customers, even if the customer decides to switch into another vehicle or backs out of their purchase. When the vehicle has been registered, the state of New York sends the title to the listed owner, with or without the lienholder listed on the title.

Since you did not take ownership of this vehicle, we are asking that you send the title back to Carvana. This will allow us to remove your name from the title and any liability.

The State of New York issued the title on 03/24/20 and it was mailed to you. Please let me know if you have received this, it may be delayed due to closures.

We are asking that you send back to us:
1) the New York title, (VIN: 1C4NJDEB4HD168040/ 2017 JEEP Compass)

I apologize for any inconvenience this has been for you. We greatly appreciate you working with us and we are looking to better our processes and customer relations. Should you have any questions or concerns, please don't hesitate to reach out.

Warmest regards,

Nathalie Brewer
Title Resolution Specialist – Carvana LLC
nathalie.brewer@Carvana.com


--

Nathalie Brewer
Title Resolution Specialist
1305 W First St. ///Tempe, AZ 85281
/// O: 833.836.3227 Ext. 66795 ///

--

Nathalie Brewer
Title Resolution Specialist
1305 W First St. ///Tempe, AZ 85281
/// O: 833.836.3227 Ext. 66795 ///

--



Nathalie Brewer
Title Resolution Specialist
1305 W First St. ///Tempe, AZ 85281
/// O: 833.836.3227 Ext. 66795 ///

| | |
|---|---|
| From: | Jason Deppen |
| To: | WCBensley |
| Subject: | Fwd: Carvana- Follow Up |
| Date: | Wednesday, August 19, 2020 4:23:14 PM |

---------- Forwarded message ---------
From: **James Fritze** <james.fritze@carvana.com>
Date: Thu, Mar 12, 2020 at 6:22 PM
Subject: Carvana- Follow Up
To: <jdeppen@gmail.com>


Hey Mr. Deppen!

I wanted to reach out to you with the documents we signed yesterday and to give you and update on the ASR (after sale repair) case I submitted for you.

Please see the attachment below for the forms we signed. The last page that is blurry is the back of the form above it.

I have good news for the ASR case. The response I received was "Exceptions sent for removal of overspray from the following driver side tail lamp, driver side door, trunklid/convertible top compartment area. -Repair of the driver side quarter panel."

At this point, Silver Rock should be ready to process the claim as soon as they receive quotes for repairs!

Thank you for your patience and understanding and I hope you guys Love the new Car!

-Jimmy

--

Jimmy Fritze
Flex Advocate- Southeast
3960 Riverside Drive Macon, GA 31210
///M. 478.737.5594

| | |
|---|---|
| From: | Jason Deppen |
| To: | WCBensley |
| Subject: | Fwd: Cosmetic Concern - Review Complete |
| Date: | Wednesday, August 19, 2020 4:23:54 PM |

---------- Forwarded message ---------
From: **Repair** <repair@carvana.com>
Date: Tue, Mar 17, 2020 at 12:50 PM
Subject: Cosmetic Concern - Review Complete
To: jdeppen@gmail.com <jdeppen@gmail.com>

Hello Jason,

This is the Carvana Repair Team. Thank you for reaching out to us in regards to the mis-alignment you discovered on your vehicle.

Since they are used vehicles, they often have some acceptable wear and tear. Vehicle alignment issues do degrade over time. It is important that you get this issue address within a 2-week window from the day of delivery. Your vehicle was delivered on 3/11/2020 which means these issues will need to be addressed by 3/24/2020. Please have the repair facility submit a diagnostic to SilverRock, detailing measurements that show the vehicle is out of alignment.

Here is the link to find a nearby repair facility  https://yourvehiclecare.com/process

Thank you for reaching out to the Carvana Repair Team. We hope you have a wonderful rest of your day!

Regards,

Carvana Repair Team
844-507-3599

| | |
|---|---|
| From: | Jason Deppen |
| To: | WCBensley |
| Subject: | Fwd: Review Completed - (Jason Deppen, W04WT3N50GG104958, 2000485127) |
| Date: | Wednesday, August 19, 2020 4:24:51 PM |

---------- Forwarded message ---------
From: **Jonette Distasio** <j.distasio@idedealerships.com>
Date: Wed, Mar 18, 2020 at 11:58 AM
Subject: RE: Review Completed - (Jason Deppen, W04WT3N50GG104958, 2000485127)
To: Jason Deppen <jdeppen@gmail.com>

Thank you for the heads up.

Sent from Mail for Windows 10

**From:** Jason Deppen
**Sent:** Wednesday, March 18, 2020 11:42 AM
**To:** Jonette Distasio
**Subject:** Re: Review Completed - (Jason Deppen, W04WT3N50GG104958, 2000485127)

We decided to return the car to Carvana. Just wanted to update you to prevent any unnecessary work. Thank you for your help.

On Tue, Mar 17, 2020 at 12:28 PM Jonette Distasio <j.distasio@idedealerships.com> wrote:

> Got it.
>
> Thank you
>
> Jonette
>
> Sent from Mail for Windows 10

**From:** Jason Deppen
**Sent:** Tuesday, March 17, 2020 12:25 PM
**To:** j.distasio@idedealerships.com
**Subject:** Fwd: Review Completed - (Jason Deppen, W04WT3N50GG104958, 2000485127)

Jason Deppen

585-978-0602

---------- Forwarded message ---------
**From: Repair** <repair@carvana.com>
Date: Thu, Mar 12, 2020 at 3:43 PM
Subject: Review Completed - (Jason Deppen, W04WT3N50GG104958, 2000485127)
To: claims@silverrockinc.com <claims@silverrockinc.com>, jdeppen@gmail.com <jdeppen@gmail.com>


Hello Jason,

Thank you for sending us the photos of your vehicle. After review, we would like to assist with the following:

-Removal of overspray from the following driver side tail lamp, driver side door, trunklid/convertible top compartment area.

-Repair of the driver side quarter panel.


We are partnering with our warranty provider, SilverRock, to work with you and the repair facility on these repairs.

Please follow the steps below so we can address these concerns as quickly as possible. Please also note that your $50 deductible will be waived for the listed repairs:

1) Take your vehicle to a local body repair facility and provide them a copy of this email.
When making an appointment, be sure the repair facility is:
· Willing to work with a 3rd party warranty administrator
· Able to accept electronic credit card payment for completed repairs

2) Have the repair facility send an estimate for repairs to SilverRock at Claims@SilverRockinc.com

3) SilverRock will work with the repair facility to authorize repairs

4) Once authorized, the repair facility will coordinate a time with you to complete repairs


Please ensure that you have your concerns addressed by 4/11/2020

If you have any questions, you can call Carvana at 844-507-3599 or SilverRock at 866-628-3905.

We look forward to working with you!
Best,

Kegan
Carvana Repair Team
/// 1930 W Rio Salado Pkwy /// Tempe, AZ 85281
O: 800.333.4554 /// F: 800.221.3833

ref:_00DG0jqBp._5001M1WO4IB:ref