

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

| Phone: | (212) 885-5016 |
| Fax: | (212) 202-7510 |
| Email: | cflanders@blankrome.com |

May 20, 2021

**V̲I̲A̲ ̲F̲E̲D̲E̲R̲A̲L̲ ̲E̲X̲P̲R̲E̲S̲S̲,̲ ̲E̲M̲A̲I̲L̲ ̲&̲ ̲F̲A̲C̲S̲I̲M̲I̲L̲E̲**

The Honorable Wendy Beetlestone, U.S.D.J.
United States District Court for the Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

**RE: *Okulski v. Carvana, LLC, et al.*
U̲.̲S̲.̲D̲.̲C̲.̲,̲ ̲E̲.̲D̲.̲P̲A̲.̲,̲ ̲N̲o̲.̲ ̲2̲:̲2̲0̲-̲c̲v̲-̲0̲1̲3̲2̲8̲-̲W̲B̲**

Dear Judge Beetlestone:

We represent Carvana LLC ("Carvana") in the above referenced matter.  Earlier today, the Court issued a docket order (Dkt. 53) setting oral argument for May 27, 2021 at 3:00 P.M. on Plaintiff's Motion for Reconsideration (Dkt. 45).

Unfortunately, Defendants' counsel has a conflicting Order to Show Cause hearing at the same time in another matter in New York Supreme Court Commercial Division in the matter of *Chetrit v. Goldman*, Case No 525874/2020.

Accordingly, we respectfully request that the Court reschedule oral argument on the Motion for Reconsideration.

We have met and conferred with opposing counsel.  Plaintiff does not oppose this request. Subject to the Court's calendar, we can confirm that all parties are available on 6/2, 6/3, 6/4, 6/8, 6/9, and 6/10 for a rescheduled oral argument.

Thank you for your consideration.

Respectfully submitted,

*s/ Craig M. Flanders*

Craig M. Flanders

125985734

BLANKROME

Hon. Wendy Beetlestone, U.S.D.J.
May 20, 2021
Page 2


cc:     All counsel of record (via ECF)