# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW OKULSKI, **Plaintiff**, | CIVIL ACTION |
| v. | |
| CARVANA, LLC, PAUL BREAUX, AND KATELYN GREGORY, **Defendants**. | NO. 20-1328 |

## O R D E R

**AND NOW**, this 2nd day of June, 2021, upon consideration of Plaintiff's Motion for Reconsideration of the Court's August 24, 2020 Order Granting Defendants' Motion to Dismiss and briefing in support thereof (ECF Nos. 45 & 52), and Defendants' response in opposition thereto (ECF No. 51), **IT IS ORDERED** that Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiff's Motion is **GRANTED** with respect to his Fraud (Count I) and Unfair Trade Practices and Consumer Protection Law (Count VI) claims. These claims are reinstated.

2. Plaintiff's Motion is **DENIED** with respect to his Professions and Occupations Act (Count II) claim. This claim is not reinstated.

                                **BY THE COURT:**

                                /s/Wendy Beetlestone, J.

                                **WENDY BEETLESTONE, J.**